## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SYSMEX CORPORATION and
SYSMEX AMERICA, INC.,

Plaintiffs,

v.

BECKMAN COULTER, INC.,

Defendant.

C.A. No. 18-1951-CFC

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sysmex Corporation and Sysmex America, Inc., hereby voluntarily dismiss this action without prejudice, including all claims asserted therein, with each party to bear its own attorneys' fees and costs.

OF COUNSEL:

Ralph J. Gabric
Laura Beth Miller
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower - Suite 3600
Chicago, IL 60611
(312) 321-4200


Dated: February 13, 2019

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs*
*Sysmex Corporation and*
*Sysmex America, Inc.*